# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132320 & (9)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 132320
                                         COA: 272849
                                         Wayne CC: 83-008071-01

RAYMOND LANE,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the September 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

d1218

_____
Clerk